JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| ANTONIO MAGANA ARREOLA,<br><br>   Petitioner,<br><br>   v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security; TODD BLANCHE, ACTING Attorney General; DAVE VENTURELLA, Acting Director, Immigration and Customs Enforcement; ANDRES QUINONES, Los Angeles Field Office Director, Immigration and Customs Enforcement; WARDEN, ADELANTO ICE PROCESSING CENTER; DEPARTMENT OF HOMELAND SECURITY; EXECUTIVE OFFICE OF IMMIGRATION REVIEW; IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>   Respondents. | Civil Case No.: 5:26-cv-03193-AS<br>A-No.: 204-181-509<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL** |

## [~~PROPOSED~~] ORDER OF DISMISSAL

Based upon the foregoing Joint Stipulation for Dismissal with Prejudice, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1. The above-captioned Petition for Writ of Habeas Corpus (Dkt. 1) is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The supplemental briefing ordered by this Court (Dkt. 10) is VACATED as moot in light of Petitioner's release from immigration custody and the termination of the underlying removal proceedings.

3. Each party shall bear its own attorneys' fees and costs.

4. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 10, 2026

_____/ s / Sagar_____
HON. ALKA SAGAR
United States Magistrate Judge